UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE BISHOP,<br><br>          Plaintiff,<br><br>   vs.<br><br>JOSEPH ZILLEN, et al.,<br><br>          Defendants. | NO. C23-935RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

An extension is GRANTED to February 2, 2026 for the parties to reopen this cause if the reported settlement is not consummated.

DATED this 16th day of January, 2026.

          *s/Victoria Ericksen*
          Victoria Ericksen, Deputy Clerk
          to Hon. Robert S. Lasnik

MINUTE ORDER